UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. AIRWAYS, et al.,<br><br>    Defendants. | Case No. 3:17-cv-05617-JD<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 17 |

The defendant filed a motion to dismiss on October 5, 2017. Dkt. No. 12. Williams's response was initially due by October 19. Williams did not file a response but filed a motion to remand on October 20. Dkt. No. 15. The Court extended Williams's deadline to respond to the motion to dismiss and advised him that the Court would grant the motion if he failed to timely oppose. Dkt. No. 17. As of November 14, Williams has not filed an opposition.

The Court has considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987). The Court finds that notwithstanding the public policy favoring the disposition of actions on their merits, the Court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. In light of the plaintiff's continued failure to respond to the defendant's motion, the Court finds there is no appropriate less drastic sanction. This action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1 UNITED STATES DISTRICT COURT
2 NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. WILLIAMS,

    Plaintiff,

v.

U.S. AIRWAYS, et al.,

    Defendants.

Case No. 17-cv-05617-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony L. Williams
2811 Nicole Avenue
#6
Oakland, CA 94602

Dated: November 14, 2017

                      Susan Y. Soong
                      Clerk, United States District Court

                      By: /s/ Lisa R. Clark
                      LISA R. CLARK, Deputy Clerk to the
                      Honorable JAMES DONATO