UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. AIRWAYS, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-05617-JD<br><br>**ORDER RE EX PARTE APPLICATIONS**<br><br>Re: Dkt. Nos. 25, 26 |

The Court has received Williams's ex parte applications. Dkt. Nos. 25, 26. Since Williams is pro se, the Court would like to emphasize that the amended order of dismissal is without prejudice. Dkt. No. 24. This means that while Williams may not proceed with his current complaint in federal court for the reasons stated, he is free to pursue his claims in state court. Williams's applications are denied.

**IT IS SO ORDERED.**

Dated: December 18, 2017

JAMES DONATO
United States District Judge